# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE Division

UNITED STATES OF AMERICA

V.

SAMANTHA WILLIAMS

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:12-cr-00188-FDW-DSC

Pursuant to the Fourth Circuit Mandate in case 14-4866, the Defendant is not guilty as to count 1. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: December 9, 2016

Frank D. Whitney
Chief United States District Judge